IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                       )
                                        ) Case No. _____
                                        )
                                        ) [ONLY FOR CHAPTER 13 CASES]
                                        ) APPLICATION BY DEBTOR'S ATTORNEY
                                        ) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)                            ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1.  This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2.  I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   ___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   __ not affect the distribution to creditors.
   __ not change the length of the plan which is estimated at _____ months.
   __ change the length of the plan from an estimated _____ months to an estimated _____ months.
   __ delay the distribution to creditors by approximately _____ months.
   __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %.
   __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   __ other: _____
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                          _____
                                           Debtor's Attorney

**STOP: BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

| Client(s): Stratton | Case No.: 16-31781 | | | | |
|---|---|---|---|---|---|
| Hourly Rates: | | | | | |
| Ryan Hackett (RPH), Attorney: $360/hr | | | | | |
| Rosemary Zook (REZ), Attorney: $360/hr | | | | | |
| Christy Dickson (CLD), Josh Orem (JRO) Attorney: $200/hr | | | | | |
| Cheryl Riley/Terrien (CLR/CLT), Paralegal: $190/hr | | | | | |
| Legal Assistant: $130/hr | | | | | |
| All Other Staff: $75/hr | | | | | |
| Date | Description of Task | Staff | Time | Rate | Cost |
| 11/8/2017 | received signed supplementa fees, uploaded certificate of service, emailed client heads up and mailed copy of supplement fees to client | KDR | 0 | 75 | $ - |
| 2/14/2018 | letter to client to request copy of 2017 tax returns | CLT | 0.2 | 190 | $ 38.00 |
| 5/15/2018 | email client to request copy of 2017 Tax Returns | HLW | 0.1 | 75 | $ 7.50 |
| 5/15/2018 | email from client regarding he will get us a copy of his 2017 tax returns | HLW | 0 | 75 | $ - |
| 7/13/2018 | letter to client regarding still need Financial Management Certificate | HLW | 0.2 | 75 | $ 15.00 |
| 8/27/2018 | client emailed regarding paying on 2017 returns and needs to get us new employment information for wage order | CLT | 0 | 190 | $ - |
| 8/27/2018 | emailed client regarding need copy of 2017 returns, and pay stubs should have information we need for wage order, & possible amended income and expense schedules | CLT | 0.1 | 190 | $ 19.00 |
| 8/28/2018 | client emailed will get us returns, and pay stubs and then questions regarding Discharge | CLT | 0 | 190 | $ - |
| 8/28/2018 | email client back regarding Discharge questions | CLT | 0.1 | 190 | $ 19.00 |
| 9/4/2018 | client tried to email copy of 2017 returns, email back that attachment did not work | CLT | 0 | 190 | $ - |
| 9/4/2018 | client emailed current pay stub, saved to client file | CLT | 0 | 190 | $ - |
| 9/4/2018 | prepared and filed Amended Wage Order with court | CLT | 0.2 | 190 | $ 38.00 |
| 9/4/2018 | emailed client regarding amended wage order filed and possible amended income and expense schedule, we will need at least 3-4 more pay stubs | CLT | 0.1 | 190 | $ 19.00 |
| 9/4/2018 | emails with client regarding making payments to Trustee directly | CLT | 0.1 | 190 | $ 19.00 |
| 9/5/2018 | client emailed 2017 tax returns, saved to client file | CLT | 0 | 190 | $ - |
| 9/5/2018 | redacted the 2017 tax returns and forward a copy to the Trustee | CLT | 0.1 | 190 | $ 19.00 |
| 9/5/2018 | emailed client regarding post filing tax debts | CLT | 0 | 190 | $ - |
| 9/5/2018 | letter to client regarding post filing tax debts | CLT | 0.2 | 190 | $ 38.00 |
| 9/5/2018 | client emailed 2017 tax debts will be paid by end of year | CLT | 0 | 190 | $ - |
| 9/5/2018 | received signed amended wage order from court, email to client with heads up to watch pay stubs | CLT | 0.1 | 190 | $ 19.00 |
| 9/6/2018 | emails with client regarding getting copy of wage order to employer | CLT | 0 | 190 | $ - |
| 9/14/2018 | TT office emailed regarding client has huge increase in income, need amended income and expense schedules | CLT | 0 | 190 | $ - |
| 9/14/2018 | emailed client regaring TT is raising increased income issues, need to file amended I and J schedules, need current pay stubs and updated expenses | CLT | 0.1 | 190 | $ 19.00 |
| 9/21/2018 | emailed client to confirm he received the previous email and is working on getting pay stubs and updated expenses | CLT | 0.1 | 190 | $ 19.00 |
| 9/25/2018 | emails with client regarding updating schedules | CLT | 0.1 | 190 | $ 19.00 |
| 10/5/2018 | client emailed updated expenses, saved to client file | CLT | 0 | 190 | $ - |
| 10/5/2018 | emailed client request for copies of curent pay stubs | CLT | 0.1 | 190 | $ 19.00 |
| 10/5/2018 | client emailed information regarding Income, email back need copies of pay stubs | CLT | 0.1 | 190 | $ 19.00 |
| 10/15/2018 | called client discussed pay stubs for amendments, notes to file | CLT | 0.1 | 190 | $ 19.00 |

| Date | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2018 | client emailed current pay stubs, saved to clients file | CLT | 0 | 190 | $ - |
| 10/18/2018 | began working up amended income and expense schedules, email to client with questions regarding both | CLT | 0.2 | 190 | $ 38.00 |
| 10/22/2018 | phone call with Colleen with payroll called regarding three checks went out with wrong case number to Trustee | CLT | 0.1 | 190 | $ 19.00 |
| 10/22/2018 | emailed Trustee's office request to track down the three payments with the wrong case number | CLT | 0.1 | 190 | $ 19.00 |
| 10/23/2018 | Trustee emailed and copied in payroll that funds will be transferred to the correct case | CLT | 0 | 190 | $ - |
| 10/24/2018 | emailed client to make sure he received our last email with questions regarding income and expenses | CLT | 0.1 | 190 | $ 19.00 |
| 10/24/2018 | prepared modified Plan, emailed with amended schedules to client for review and signature | CLT | 0.4 | 190 | $ 76.00 |
| 10/25/2018 | notes to file regarding the bably and what expenses he covers | CLT | 0 | 190 | $ - |
| 10/25/2018 | emailed client modified Plan and amended Shedules again with note we need him to sign off on amendments | CLT | 0.1 | 190 | $ 19.00 |
| 11/1/2018 | client emailed signed modified Plan and amended schedules, saved to client file | CLT | 0 | 190 | $ - |
| 11/1/2018 | prepared the Notice of Modiifed plan, emailed with the modified Plan and amended schedules to the Trustee | CLT | 0.2 | 190 | $ 38.00 |
| 11/1/2018 | emailed client that modified Plan has been forwarded to the Trustee | CLT | 0 | 190 | $ - |
| 11/1/2018 | prepared mailing labels for modified Plan | CLT | 0 | 190 | $ - |
| 11/2/2018 | Trustee's office emailed they want the increased income issue resolved before modified Plan will be approved | CLT | 0 | 190 | $ - |
| 11/2/2018 | emailed client regarding Trustee wants detailed information regarding increased income or agreement to pay 100% to all creditors | CLT | 0.1 | 190 | $ 19.00 |
| 11/5/2018 | called client no answer, no mail box set up | CLT | 0 | 190 | $ - |
| 11/5/2018 | emailed client to confirm he received email regarding increased income and to see if he had any quesitons. | CLT | 0.1 | 190 | $ 19.00 |
| 11/5/2018 | client called for CLR - email to CLR to please call back | HAS | 0 | 75 | $ - |
| 11/5/2018 | tried to return clients call, no answer, voicemail not set up | CLT | 0 | 190 | $ - |
| 11/5/2018 | phone call with client regarding increase income , notes to file | CLT | 0.2 | 190 | $ 38.00 |
| 11/5/2018 | emailed Trustee's office back regarding the increased income | CLT | 0.1 | 190 | $ 19.00 |
| 11/6/2018 | Trustee's office emailed they want pay stubs from client going back six months | CLT | 0 | 190 | $ - |
| 11/6/2018 | emailed client request for pay stubs going back 6 months | CLT | 0.1 | 190 | $ 19.00 |
| 11/8/2018 | phone call with client regardubg pay stubs Trustee wants, discussed offer he wants to give to Trustee | CLT | 0.1 | 190 | $ 19.00 |
| 11/8/2018 | emailed Trustee's office clients offer to resolve the increased income issuee | CLT | 0.1 | 190 | $ 19.00 |
| 11/8/2018 | Trustee's office emailed back to ask client again about $475 a month offer to pay 100% to creditors | CLT | 0 | 190 | $ - |
| 11/8/2018 | email Trustee's office regarding client says he just can't afford the increase | CLT | 0.1 | 190 | $ 19.00 |
| 11/8/2018 | Trustee's office emailed they will discuss file with Wayne Godare | CLT | 0 | 190 | $ - |
| 11/15/2018 | Trustee's office emailed informal objections to Modified Plan | CLT | 0 | 190 | $ - |
| 11/15/2018 | updated schedules and modified Plan, emailed to client for review and signature | CLT | 0.3 | 190 | $ 57.00 |
| 11/16/2018 | tried to call client, no answer, no voicemail | CLT | 0 | 190 | $ - |
| 11/16/2018 | emailed client regarding tried to call him back, no answer, no voicemail, he can call or email me back | CLT | 0 | 190 | $ - |
| 11/19/2018 | client emailed he changed his mind, wants to do $475 a month and minimum 100% Plan | CLT | 0 | 190 | $ - |
| 11/19/2018 | emailed Trustee office regarding client changed his mind | CLT | 0.1 | 190 | $ 19.00 |
| 11/19/2018 | emailed client we have reached out to the Trustee's office; possible increase if need for supplemental fees | CLT | 0.1 | 190 | $ 19.00 |

# Chapter 13 Post-Confirmation Fee Itemization

Hackett Law Firm, LLC 1500 NW Bethany Bldv. #288 Beaverton, OR 97006

| Date | Description | Who | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/2018 | Trustee's office emailed Order Amending Plan to make min 100% non- modifiable, reviewed, email back OK to file | CLT | 0.1 | 190 | $ 19.00 |
| 11/21/2018 | recived Order Amending Plan, updated Plan in file, emailed client copy of Order and note will get Amended Wage Order filed | CLT | 0.1 | 190 | $ 19.00 |
| 11/21/2018 | prepared and filed amended wage order with court | CLT | 0.2 | 190 | $ 38.00 |
| 11/21/2018 | reviewed for additional attorney fees | CLT | | | $ 35.00 |
| | | | | | $ 969.50 |